CHRISTOPHER J. CHRISTIE
United States Attorney
SUSAN J. STEELE
Assistant U.S. Attorney
Chief, Civil Division
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2926
Fax. (973) 297-2010
email: susan.steele@usdoj.gov
SJS7042

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK KLEINERMAN,<br><br>*Plaintiff,*<br><br>v.<br><br>ELAINE CHAO, SECRETARY, UNITED STATES DEPARTMENT OF LABOR, IN HER OFFICIAL CAPACITY, TEAMSTERS LOCAL NO. 97, JOHN J. GEROW, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF DEFENDANT LOCAL 97, INTERNATIONAL BROTHERHOOD OF TEAMSTERS AFL-CIO, JAMES O. HOFFA, IN HIS OFFICIAL CAPACITY AS GENERAL PRESIDENT OF DEFENDANT INTERNATIONAL BROTHERHOOD OF TEAMSTERS AFL-CIO,<br><br>*Defendants.* | HON. HAROLD A. ACKERMAN<br><br>*Civil Action No.* 05-2699<br><br>NOTICE OF MOTION |

To:   John D. Feeley, Esq.
      La Rocca, Feeley, Smith & Rosellini, P.C.
      76 South Orange Avenue, Suite 211
      South Orange, New Jersey 07079

Joshua I. Savitz, Esq.
Zazzali, Fagella, Nowak, Kleinbaum & Friedman
One Riverfront Plaza, 3rd Floor
Newark, New Jersey 07102

PLEASE TAKE NOTICE, that on November 20, 2006, at 10:00 AM, or as soon thereafter as counsel may be heard, CHRISTOPHER J. CHRISTIE, United States Attorney for the District of New Jersey (SUSAN J. STEELE, Assistant U.S. Attorney, Chief, Civil Division, appearing), as attorney for Elaine Chao, United States Department of Labor, in her official capacity, will apply to this court for an Order of dismissal pursuant to Rule 12(b)(6). Fed.R.Civ.P.

In support of this motion, the Court is respectfully referred to the attached Brief, and requests that this motion be decided on the papers submitted, without oral argument, pursuant to Rule 78, Federal Rules of Civil Procedure.

                                            CHRISTOPHER J. CHRISTIE
                                            United States Attorney

                                            *s/Susan J. Steele*
By:  _____
      SUSAN J. STEELE
      Assistant U.S. Attorney
      Chief, Civil Division